

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00158-CV

**IN THE INTEREST OF R.G.F.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01216
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. No costs are assessed because appellant is indigent.

SIGNED October 28, 2020.

_____
Luz Elena D. Chapa, Justice